# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Stephen M. Romain, *on behalf of himself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> Deliver Technology, LLC and Cogint, Inc., <br><br> Defendants. | Case No. 9:17-cv-80932-RLR |

## NOTICE OF VOLUNTARY DISMISSAL

Stephen M. Romain voluntarily dismisses this action, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: September 6, 2017

*/s/ Jesse S. Johnson*
Michael L. Greenwald
James L. Davidson
Jesse S. Johnson
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
Tel: (561) 826-5477
Fax: (561) 961-5684
mgreenwald@gdrlawfirm.com
jdavidson@gdrlawfirm.com
jjohnson@gdrlawfirm.com

Aaron D. Radbil
Greenwald Davidson Radbil PLLC
106 East Sixth Street, Suite 913
Austin, Texas 78701
Phone: (512) 322-3912
Fax: (561) 961-5684
aradbil@gdrlawfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused the foregoing to be filed electronically with the Court's ECF system on September 6, 2017, which will cause a copy to be served on all counsel of record.

*/s/ Jesse S. Johnson*
Jesse S. Johnson