UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:17-CV-80932-ROSENBERG/HOPKINS

STEPHEN M. ROMAIN, *on behalf of himself
and others similarly situated,*

    Plaintiff,

v.

COGINT, INC.,
DELIVER TECHNOLOGY, LLC,

    Defendants.
_____/

**ORDER CLOSING CASE**

**This Cause** is before the Court on Stephen M. Romain's Notice of Voluntary Dismissal at docket entry 11. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT** and all pending deadlines are **TERMINATED**.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 18th day of September, 2017.

                                              ROBIN L. ROSENBERG
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record